UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.   AD24-00002-DMG | Date   June 24, 2024 |
| Title   In Re Lenore Albert | Page   1 of 2 |

Present: The Honorable   **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Respondent
None Present

**Proceedings: IN CHAMBERS—ORDER VACATING MARCH 14, 2024 ORDER TO SHOW CAUSE AND ISSUING A NEW ORDER TO SHOW CAUSE**

On March 11, 2024, the Review Department of the State Bar Court of California issued an ordering transferring Respondent Lenore Albert to involuntary inactive status and recommending to the Supreme Court of California that Albert be disbarred from the practice of law in California. State Bar Court ("SBC")-22-O-30348, Mar. 11, 2024 Order. Upon notice of that order, on March 14, 2024, the Court issued an Order to Show Cause directing Albert to show cause why she should not be suspended from the practice of law before this Court because of the discipline imposed against her. [Doc. # 1.] Albert filed a timely response contending that she should not be suspended from the Bar of this Court. [Doc. ## 4–4-3.][1]

Since Albert filed her response, the Supreme Court of California has issued an order disbarring Albert from the practice of law in California. Cal. Sup. Ct. S284532 (SBC-22-O-30348), June 17, 2024 Order. The disbarment will be effective July 17, 2024. Cal. Rules of Court, Rule 9.18 ("Unless otherwise ordered, all orders of the Supreme Court imposing discipline or opinions deciding causes involving the State Bar become final 30 days after filing."). In light of the disbarment order, Albert must now show cause why she should not be disbarred from the practice of law in this Court. *See* L.R. 83-3.2.1. Accordingly, the Court hereby **VACATES** the March 14 Order to Show Cause and issues the following Order to Show Cause based on Albert's disbarment.

**ORDER TO SHOW CAUSE**

The Court has received notice that Albert has been disbarred from the practice of law in California by the Supreme Court of California, effective July 17, 2024. Accordingly, Albert is

---

[1] Although the response was timely, it failed to comply with Local Rules. To avoid the Court's 7,000-word limit, *see* Local Rule 11-6.1, Albert filed four separate briefs in response to the Court's March 14 Order to Show Cause for a total of over 26,000 words. Albert's attempt to circumvent the word limit without seeking leave of the Court to do so is improper and should not be repeated.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | AD24-00002-DMG | Date | June 24, 2024 |
|---|---|---|---|
| Title | In Re Lenore Albert | Page | 2 of 2 |

HEREBY ORDERED TO SHOW CAUSE, in writing, by August 16, 2024, why she should not be disbarred from the practice of law before this Court, pursuant to Rule 83-3.2 of the Local Rules for the Central District of California.

If Albert does not contest the imposition of disbarment from this Court or does not respond to this Order to Show Cause within the time specified, the Court shall issue an order of disbarment. A response to this Order to Show Cause must make the showing required in Local Rule 83-3.2. In addition, at the time a response is filed, Albert must produce a certified copy of the entire record from the other jurisdiction or bear the burden of persuading the Court that less than the entire record will suffice.[2] *See* L.R. 83-3.2.3.

A response to this Order to Show Cause and any related documentation may be filed electronically, in accordance with the Court's local rules, or manually, at the Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Room 180, Los Angeles, California 90012, Attn: Intake. All documents filed must include the case number in the caption.

Unless stated otherwise by order of the Court, an attorney who has been disbarred from the Bar of this Court because of a disbarment by the Supreme Court of California will be reinstated to the Bar of this Court upon proof of reinstatement as an active member in good standing in the State Bar of California.

An attorney registered to use the Court's Electronic Case Filing System (ECF) who is disbarred by this Court will not have access to file documents electronically until the attorney is reinstated to the Bar of this Court.

**IT IS SO ORDERED**.

---

[2] Albert is permitted to cite to and rely on portions of the record of the underlying California disciplinary proceeding that she has already filed in this case when she responds to this Order to Show Cause rather than refile those portions of the record.